OFFICE OF DISCIPLINARY COUNSEL *v.* LEYSHON.

[Cite as *Disciplinary Counsel v. Leyshon* (1994), 68 Ohio St.3d 202.]

(No. 93–1712—Submitted September 28, 1993—Decided February 2, 1994.)

204

*Geoffrey Stern*, Disciplinary Counsel, and *Sally A. Steuk*, Assistant Disciplinary Counsel, for relator.

*James N. Perry*, for respondent.

*Per Curiam.* We agree with the board's findings and recommendations. Accordingly, we suspend respondent from the practice of law for two years, with the final year of the suspension stayed for a probationary period of two years, if during this period the respondent receives continuing treatment from a licensed psychiatrist or psychologist such as Dr. Siddall. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would suspend respondent from the practice of law for one year, with six months stayed.